MARY T. McCAFFRY, as Administratrix of the Estate of JAMES McCAFFRY, Deceased, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Argued December 2, 1941; decided January, 8, 1942.

*Arthur D. Brennan, James D. Hopkins* and *Henry R. Barrett* for appellant.

*Arthur O. Lipinski* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.